IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-0847-ZLW
Bankruptcy Case No. 01-20299 ABC
Adversary Proceeding No. 03-1543 HRT

In re:

DIGITAL LIGHTHOUSE CORPORATION, a Delaware corporation,

     Debtor.

JEFFREY WEINMAN, as Chapter 11 Trustee for the Estate of Digital
Lighthouse Corporation,

     Plaintiff,

v.

TIMOTHY O'CROWLEY,

     Defendant.

_____

ORDER
_____

     Adversary Proceeding No. 03-1543 HRT was dismissed by the U.S. Bankruptcy

Court on June 14, 2006.  Accordingly, it is

     ORDERED that Defendant Timothy Crowley's Motion Pursuant To Fed. R.

Bankr. P. 5011 For Withdrawal Of The Reference And For Transfer Of Proceedings To

The United States District Court For The District Of Colorado For Jury Trial is denied

as moot.  It is

FURTHER ORDERED that this case is deemed closed on the docket of this Court.

DATED at Denver, Colorado, this  13  day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court